1  **BRANFMAN LAW GROUP, P.C.**
   David P. Branfman, Esq. (SBN 084295)
2  dbranfman@branfman.com
   708 Civic Center Drive
3  Oceanside, California 92054
   Tel:  760.637.2400
4  Fax: 760.687.7421

5  *Attorneys for the Plaintiff*
   **Peter Dziulak**
6

7  **THE ECLIPSE GROUP LLP**
   Edward F. O'Connor, Esq. (SBN 123398)
8  efo@eclipsegrp.com
   Jennifer H. Hamilton, Esq. (SBN 220439)
9  jhh@eclipsegrp.com
   Connie P. Limperis, Esq. (SBN 269006)
10 cpl@eclipsegrp.com
   2020 Main Street, Suite 600
11 Irvine, California  92614
   Tel:    949.851-5000
12 Fax:   949.851-5051

13 *Attorneys for Defendant*
   **MerchSource, LLC**
14

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PETER DZIULAK,<br><br>                    Plaintiff,<br><br>             v.<br><br>MERCHSOURCE, LLC, a Delaware limited liability company; CVS CAREMARK CORP. d.b.a. CVS and CVS/PHARMACY, a Delaware corporation; DISCOVERY COMMUNICATIONS, LLC d.b.a. DISCOVERY KIDS, a Delaware limited liability corporation; BED BATH & BEYOND, INC., a Delaware corporation; and Does 1-20<br><br>                    Defendants.<br><br>and related cases | Case No. 12 CV 1170 JLS-BGS<br><br>Before the Hon. Janis L. Sammartino<br>Courtroom 6, Third Floor<br><br>**JOINT STIPULATION OF DISMISSAL PURSUANT TO FRCP 41(a)(1)(a)(ii)** |

JOINT STIPULATION OF DISMISSAL

1  WHEREAS, Plaintiff and Counterdefendant Peter Dziulak ("Plaintiff") on the one hand, and Defendant and Counterclaimant, MerchSource, LLC ("Defendant") on the other hand, have resolved all outstanding issues in this litigation;

NOW THEREFORE, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Defendant, through their respective counsel of record, hereby stipulate and agree that this matter and all claims and counterclaims therein may be dismissed in their entirety with prejudice, each party to bear its own costs and fees.

Dated:  December 19, 2012                    **BRANFMAN LAW GROUP, P.C.**

By:   / s / David P. Branfman _____
        David P. Branfman, Esq.

*Attorneys for the Plaintiff*
**Peter Dziulak**

Dated:  December 19, 2012                    **THE ECLIPSE GROUP LLP**

By:   /s/ Jennifer H. Hamilton
        Jennifer H. Hamilton, Esq.

*Attorneys for the Defendant*
**MerchSource LLC**

1

JOINT STIPULATION OF DISMISSAL

# PROOF OF SERVICE

I, the undersigned, declare and certify as follows:

I am over the age of eighteen (18) years and employed in the County of Orange, State of California. I am employed in the office of THE ECLIPSE GROUP LLP, members of the Bar of the above entitled Court, and I made the service referred to below at their direction. My business address is 2020 Main Street, Suite 600, Irvine, California 92614.

On December 19, 2012, I served the foregoing document:

## JOINT STIPULATION OF DISMISSAL PURSUANT TO FRCP 41(a)(1)(a)(ii)

☒ **VIA CM/ECF FILING SYSTEM.** The undersigned hereby certifies that she caused a copy of the foregoing document(s) to be filed with the clerk of the U.S. District Court, Central District of California, using the CM/ECF filing system, which caused a copy to be electronically mailed to the following CM/ECF Participant(s).

**VIA FACSIMILE**. I sent such document from facsimile machine (949) 851-5051. I certify that said transmission was completed and that all pages were received and that a report was generated by facsimile machine (949) 851-5051 which confirms said transmission and receipt.

**VIA U.S. MAIL**. I placed a true copy of the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Irvine, California, addressed as set forth below. I am readily familiar with firm's practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

**BRANFMAN LAW GROUP, P.C.**
David P. Branfman
dbranfman@branfman.com
708 Civic Center Drive
Oceanside, California 92054

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on December 19, 2012, at Orange County, California.

/s/ Rebecca Meegan